JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>    Plaintiff,<br><br>    vs.<br><br>STORAGE ETC; CANOGA STORAGE PARTNERS, LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:24-cv-02134 RGK (SSCx)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION<br><br>[16] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice ~~with the Court to retain jurisdiction up until April 10, 2024.~~

SO ORDERED.

DATED: 4/24/2024

*(signed)* Gary Klausner

R. Gary Klausner
United States District Judge